No. 02–7811.  BOWE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–7816.  CHAVEZ AGUILERA, AKA PEDROZA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7819.  HICKOX *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–7821.  BAKER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7826.  MARTIN *v.* OHIO.  Ct. App. Ohio, Lucas County.  Certiorari denied.

No. 02–7830.  DORITY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–7831.  BUTLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7833.  APANOVITCH ET AL. *v.* WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–7835.  WALKER *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 02–7843.  CASHAW *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–7844.  CARTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–7850.  RICHARDS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7853.  PARISE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–7854.  NULL *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.